IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| EVENS CLAUDE | NO.  11-90 |

### O R D E R

   **AND NOW**, this 18th day of June, 2014, upon consideration of defendant Evens Claude's *pro se* Motion under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 58, filed March 18, 2014), Government's Response to Defendant's Petition to Vacate Conviction Under 28 U.S.C. § 2255 (Document No. 60, filed April 7, 2014), for the reasons set forth in the Memorandum dated June 18, 2014, **IT IS ORDERED** that defendant Evens Claude's *pro se* Motion under 28 U.S.C. § 2255 is **DENIED.**

   **IT IS FUTHER ORDERED** that an evidentiary hearing will not be held because "the motion and files and records of the case conclusively show" that defendant is entitled to no relief.  28 U.S.C. § 2255(b).

   **IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that defendant's *pro se* Motion does not state a valid claim of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                              BY THE COURT:

                                 /s/ Jan E. DuBois
                              **DuBOIS, JAN E., J.**